# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Sosa

v.

N.Y. City Dep't of Educ.

**CERTIFICATE OF SERVICE***

Docket Number: 24-1396

I, **Philip W. Young** (print name), hereby certify under penalty of perjury that on **December 26, 2024** (date), I served a copy of **Brief for appellees**

(list all documents)

by (select all applicable)**

___ Personal Delivery     **X** United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Alice Sosa | 204-12 45th Road | Bayside | NY | 11361 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12/26/24
Today's Date

/s/Philip W. Young
Signature

Certificate of Service Form (Last Revised 12/2015)